IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CAROLYN SUE BREWER | ) | |
| | ) | |
| v. | ) | No. 1:08-0069 |
| | ) | Judge Campbell/Bryant |
| AMERICAN MEDICAL ALERT CORP., d/b/a | ) | |
| VOICECARE, et al. | ) | |

### O R D E R

As explained in the accompanying memorandum, at the direction of Chief Judge Campbell, the undersigned has reconsidered his prior order denying defendants' motions to disinter and autopsy, in light of the additional evidence submitted by defendants. For the reasons expressed in the memorandum, the undersigned Magistrate Judge hereby **VACATES** his order of September 15, 2009 (Docket Entry No. 47). The motions to disinter and autopsy (Docket Entry Nos. 18, 36, 40) are hereby **GRANTED**. The Magistrate Judge will reserve ruling on who will perform the decedent's autopsy, pending further discussion of the matter via telephone conference with the parties. A telephone conference with counsel is set for **February 2, 2010, at 1:30 p.m.** Counsel for plaintiff shall initiate this call.

So **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE