IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAROLYN SUE BREWER, Survivor of her husband, MITCHELL LEE BREWER, deceased, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 1:08-0069 ) Chief District Judge Todd J. Campbell ) Magistrate Judge John S. Bryant |
| AMERICAN MEDICAL ALERT CORP. d/b/a VOICECARE, a New York Corporation, and SECURE WIRELESS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

As evidenced by the Stipulation of Settlement filed by the parties, and as evidenced by the signatures of their counsel below, all claims among the Plaintiff, **CAROLYN SUE BREWER** and the Defendants, **AMERICAN MEDICAL ALERT CORP. d/b/a VOICECARE, a New York Corporation, and SECURE WIRELESS, INC.**, have been compromised and settled. Pursuant to the Order of this Court, the remains of Mr. Mitchell Lee Brewer, Sr. were examined by autopsy performed by Amy Ralston McMaster, M.D. as Defendants' expert, and by C. Bruce Alexander, M.D as Plaintiff's expert. The results of the autopsy examination provided medical evidence that Mr. Brewer died of natural causes. After the parties received reports from their respective medical experts, the parties successfully negotiated a compromised mutual settlement of all claims presented in this litigation.

1

It is therefore **ORDERED, ADJUDGED and DECREED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants, **AMERICAN MEDICAL ALERT CORP. d/b/a VOICECARE, a New York Corporation, and SECURE WIRELESS, INC.**

It is further **ORDERED, ADJUDGED and DECREED** that each party shall bear their own costs.

The court costs of this matter shall be taxed equally to the Defendants for which execution may lie, if necessary.

**IT IS SO ORDERED.**

ENTERED this _____ day of _____, 2010.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

**Approved for Entry:**

| | |
|---|---|
| PHILLIP MILLER & ASSOCIATES<br><br>/s *Phillip H. Miller*<br>Phillip H. Miller (BPR# 6845)<br>Andrea Elaine Phelan (BPR# 020956)<br>631 Woodland Street<br>Nashville, Tennessee 37206<br>615.356.2000<br><br>*Attorneys for Plaintiff* | DAY & BLAIR P.C.<br><br>/s *John A. Day*<br>John A. Day (BPR# 9416)<br>Rebecca C. Blair (BPR# 017939)<br>5300 Maryland Way, Ste 300<br>Brentwood, Tennessee 37027<br>615.742.4880<br><br>*Attorneys for Plaintiff* |
| LEVINE, ORR, & GERACIOTTI<br><br>/s *Richard D. Moore*<br>Richard D. Moore (BPR# 13354)<br>Timothy A. Drown (BPR#025359)<br>210 Third Avenue North<br>PO Box 190683<br>Nashville, Tennessee 37219<br>615.244.4944<br><br>*Attorneys for American Medical Alert Corp. d/b/a Voicecare* | ORTALE, KELLEY, HERBERT & CRAWFORD<br><br>/s *Wendy Lynne Longmire*<br>Wendy Lynne Longmire #12158<br>Julie Bhattacharya Peak # 20644<br>Third Floor, Noel Place<br>200 Fourth Avenue North<br>P.O. Box 198985<br>Nashville, TN 37219-8985<br>615.256.9999<br><br>*Attorneys for Secure Wireless, Inc.* |